Lauck ✓

**For Clerk's Office Use**

| Judge | Rec'd |
|---|---|
|   |   |



FILED
NOV 20 2024
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**
or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

__Anthony Lamont Diggs__          __1006684__
Plaintiff full name              Inmate No.

v.                                CIVIL ACTION NO. __3:24 cv 833__

__Dr. Van Buskirk__
Defendant(s) full name(s)

****************************************************************************

A. Current facility and address: __Green Rock Correctional Center__
__P.O. Box 1000  Chatham, VA 24531__

B. Where did this action take place? __Nottoway Correctional Center__

C. Have you begun an action in state of federal court dealing with the same facts involved in this complaint?

   ____ Yes        ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

   ✓ Yes        ____ No

RECEIVED
NOV 13 2024
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

4

1. If your answer is Yes, indicate the result:

Non emergency, put in sick call request, you are scheduled for sick call,

2. If your answer is No, indicate why:

_____

_____

E. Statement of Claims(s): State briefly the facts in this complaint. Describe what actions(s) each defendant took in violation of your federal rights and include the relevant dates and places. Do not give an y legal arguments or cite any cases or statutes. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Was violated, My 8th Amendment was refused proper medical status and care. Was refused a bottom bunk, I have two rods in my back and in my hip.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

Dr. Van Buskirk told me it wasn't policy that he had to place me on bottom bunk even after I told him I slipped and fell twice climbing down injuring my lower back

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

$1.5 million

G. If this case goes to trial do you request a trial by jury? ✓ Yes ___ No

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 9/18/24       SIGNATURE: Anthony Lamont Digg

VERIFICATION:

I, Anthony Diggs, state that I am the plaintiff in this action and I know the content of the above complaint that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that is was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if that complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 9/18/24    SIGNATURE: Anthony Lamont Diggs

6